UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charmaine Dixon
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

RECEIVED
JUL -1 2014
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Charmaine Dixon
ID # _____
Current Institution _____
Address  1778 Southern Blvd #4E
Bronx, New York 10460

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  The City of N.Y.  Shield #_____
Where Currently Employed _____
Address _____

Rev. 05/2010

1

Defendant No. 2   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     830 Washington Ave Bx, N.Y.

B.   Where in the institution did the events giving rise to your claim(s) occur?
     830 Washington Ave Bx N.Y.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     On March 15 2011 9:45 - 10:00AM

D. Facts:

[What happened to you?] [Who did what?] [Was anyone else involved?]

On March 15, 2014 I Charmaine Dixon was called to 42pct located at 830 Washington Ave in the Bronx where my son Tamel Dixon was being detained. Upon I Ms Dixon arriving at 830 Washington Ave 42pct in Bronx I Ms. Charmaine Dixon witness 5 NYPD officers assaulting my son Tamel Dixon when I Ms. Dixon ask officers why where they doing that I Charmaine Dixon got chase by NYPD stating I like to tell everything was grab by two officer body slam to the ground handcuff and put in to a cell

[Who else saw what happened?]

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have several herinated bulding discs in my back where I have received pain management phyiscal therapy and has reach the maxium benefit.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✗

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✗____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✗____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✗____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✗____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

when and how, and their response, if any: _____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am looking for Two Million dollars 2,000,000.00 for Courts to compensate Ms Dixon on behave of injuries violation, Civil Rights pain an suffering

## VI.  Previous lawsuits:

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓  No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Charmane Dixon

Defendants City of New York

2. Court (if federal court, name the district; if state court, name the county) NYS Supreme Court

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✗

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✗

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of JUL 0 1 2014, 20___.

                              Signature of Plaintiff  _____

                              Inmate Number  _____

                              Institution Address  _____

                                                 _____

                                                 _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of JUL 0 1 2014 _____, 20___, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

                              Signature of Plaintiff: _____

State of New York
County of New York

Sworn to before me this
JUL 0 1 2014 day of _____ 20

                              ANNA DONG
                              Notary Public, State of New York
                              Reg. No. 041DO6228919
                              Qualified in New York County
                              Commission Expires Sept. 27, 20__