# EXHIBIT B.



BRONX SUPREME COURT
CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF NEW YORK

v.

1.  CHARMAINE DIXON F/37
    Arrest# B11623192

                    Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX

   PO GALVIN FERGUSON of 42 PCT, Shield# 002902, states that on or about March 17, 2011 at approximately 10:20 AM at INSIDE OF 830 WASHINGTON AVE, County of the Bronx, State of New York,

   THE DEFENDANT COMMITTED THE OFFENSES OF:
1  (M) P.L. 205.30           Resisting Arrest
2  (M) P.L. 195.05           Obstructing Governmental Administration 2^

IN THAT THE DEFENDANT DID: intentionally prevent or attempt to prevent a peace officer or police officer from effecting an authorized arrest of himself or another person and intentionally obstruct, impair or pervert the administration of law or other governmental function or prevent or attempted to prevent a public servant from performing an official function, by means of intimidation, physical force or interfernce, or by means of an independently unlawful act, or by means of interfering, whether or not physical force was involved, with radio, telephone, television or other telecommunications sustains owned or operated by the state, or a county, city, town, village, fire district or emergency medical service or by means of releasing a dangerous animal under circumstances evincing the actor's intent that the animal obstruct governmental administration..

   THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

   Deponent is informed by PO DAVID TERRELL, shield #16032 that, at the above time and place, defendant approached the window to the cell area of the 42 Precinct and attempted to open said window.

   Deponent is further informed by informant that informant was dressed in official police uniform and gave defendant several lawful orders to move away from the window, and defendant refused to move and stated in sum and substance: I'M NOT GOING ANYWHERE, I DON'T HAVE TO LEAVE.

   Deponent is further informed by informant that when he attempted to arrest defendant for the aforementioned conduct, defendant clenched her arms against her body in an attempt to avoid being handcuffed.



Page 1 of 2

Deponent is further informed by informant that as a result of defendant aforementioned conduct, he was unable to perform his lawful of routine patrol.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

03/17/2011 (23:57)

DATE and TIME                    SIGNATURE


001963375

Page 2 of 2

