### III. Analytics from 179 Substantiated Use-of-Force CCRB Cases

Until NYPD has a formal and comprehensive method for collecting force data, numerous questions about use-of-force practices will remain unanswered. In the interim, significant observations can still be made by studying alternative data sets. This section presents several statistical observations regarding officers and complainants in use-of-force encounters. The data in this section are drawn from the 179 substantiated CCRB force cases reviewed by OIG-NYPD and other relevant sources. Although the observations and findings from the data analyzed here are based on a subset of force cases, they may be indicative of broader trends and patterns in NYPD.

**Figure 1: Allegations According to CCRB Force Type/Category**

| CCRB Force Type/Category | Number of Allegations Across All 179 Cases | Percentage |
|---|---|---|
| Physical Force | 137 | 66.2% |
| Nightstick/Other Instrument | 16 | 7.7% |
| Pepper Spray | 15 | 7.3% |
| Chokehold | 11 | 5.3% |
| Gun | 10 | 4.8% |
| Hit Against Inanimate Object | 9 | 4.4% |
| Vehicle | 4 | 1.9% |
| Other | 5 | 2.2% |
| **Total** | **207** | **100%** |

Figure 2 below illustrates the cases by use-of-force type, organized by year. The overwhelming majority of the substantiated complaints concerned physical force, as opposed to other forms of force. Although OIG-NYPD reviewed cases substantiated by CCRB between 2010 and 2014, one of the underlying force encounters involved in these cases dates back to 2005.

**Figure 2: Cases by Year and Force Type/Category[13]**



---

[13] The CCRB case sample requested by OIG-NYPD contained 179 substantiated cases that were closed between 2010 and 2014. This sample included cases with incident dates going as far back as 2005, due to the length of time it took CCRB to close the investigation. Because there were only nine closed cases with incident dates in 2014, cases from that year represent only 5.0% of the sample. Any additional force complaints from 2014 may still be under investigation.